**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES LOWE, MICHAEL COLLINS, and RAE FULLER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONEYLION TECHNOLOGIES INC., d/b/a MONEYLION,<br><br>Defendant. | 1:25-cv-04098-DEH-SLC |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 9 U.S.C. § 16(a), Defendant MoneyLion Technologies Inc. appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order on Defendant's Motion to Compel Arbitration or Dismiss (ECF No. 58) entered March 9, 2026.

Dated:  March 16, 2026

By- */s/ James Kim*
  James Kim (NY 3018397)
  Kaitland Kennelly (NY 5211487)
  Hugh Hamilton (NY 5825674)
  COOLEY LLP
  55 Hudson Yards
  New York, NY 10001-2157
  Tel: (212) 479-6000
  jameskim@cooley.com
  kkennelly@cooley.com
  hhamilton@cooley.com

  Ephraim McDowell (*pro hac vice*)
  COOLEY LLP
  1299 Pennsylvania Avenue NW, Suite 700
  Washington, DC  20004-2400
  Tel: (202) 842-7800
  emcdowell@cooley.com

  *Attorneys for Defendant MoneyLion*
  *Technologies Inc.*

-2-

APPEAL,CASREF,ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25−cv−04098−DEH−SLC

| | |
|---|---|
| Lowe v. MoneyLion Technologies Inc. | Date Filed: 05/15/2025 |
| Assigned to: Judge Dale E. Ho | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Sarah L. Cave | Nature of Suit: 890 Other Statutory Actions |
| Demand: $500,000 | |
| Related Case: 1:25−cv−06761−DEH−SLC | Jurisdiction: Federal Question |
| Case in other court: State Court − Supreme, 153635−2025 | |
| Cause: 28:1446nr Notice of Removal | |

**Plaintiff**

| | | |
|---|---|---|
| **James Lowe** | represented by | **Edwin Lee Lowther , III** |
| *individually, and on behalf of all others similarly situated* | | Carney Bates & Pulliam, PLLC |
| | | One Allied Drive |
| | | Ste 1400 |
| | | Little Rock, AR 72202 |
| | | 501−312−8500 |
| | | Fax: 501−312−8505 |
| | | Email: llowther@cbplaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Randall Keith Pulliam**
Carney Bates & Pulliam, PLLC
One Allied Drive
Ste 1400
Little Rock, AR 72202
501−312−8500
Fax: 501−312−8505
Email: rpulliam@cbplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel R Jackson**
Carney Bates & Pulliam, PLLC
One Allied Drive
Ste 1400
Little Rock, AR 72202
501−312−8500
Fax: 501−312−8505
Email: sjackson@cbplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Courtney Ross Brown**
Carney Bates & Pulliam, PLLC
One Allied Drive
Ste 1400
Little Rock, AR 72202
501−312−8500
Fax: 501−312−8505
Email: cbrown@cbplaw.com
*ATTORNEY TO BE NOTICED*

**Joshua Jacobson**
Jacobson Phillips PLLC
2277 Lee Rd
Ste. B
Winter Park, FL 32789
321−447−6461

Email: joshua@jacobsonphillips.com
*ATTORNEY TO BE NOTICED*

**Thomas M. Mullaney**
Law Offices of Thomas M. Mullaney
530 Fifth Avenue
23rd Floor
New York, NY 10036
(212) 223–0800
Fax: (212) 661–9860
Email: Mulllaw@msn.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Collins**                      represented by    **Thomas M. Mullaney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Jacobson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rae Fuller**                          represented by    **Thomas M. Mullaney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Jacobson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MoneyLion Technologies Inc.**          represented by    **Ephraim A McDowell**
*doing business as*                                        Cooley LLP
MoneyLion                                                 1299 Pennsylvania Ave NW
Washington, DC 20221
202–839–0265
Email: emcdowell@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitland Mccann Kennelly**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212–479–6643
Email: kkennelly@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh Hamilton**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212–479–6128
Fax: 212–479–6275
Email: hhamilton@cooley.com
*ATTORNEY TO BE NOTICED*

**James Kim**

Cooley LLP
55 Hudson Yards
New York, NY 10001
212–479–6256
Fax: 212–479–6275
Email: jameskim@cooley.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2025 | 1 | NOTICE OF REMOVAL from Supreme Court of the State of New York, County of New York. Case Number: 153635/2025. (Filing Fee $ 405.00, Receipt Number ANYSDC–31088202).Document filed by MoneyLion Technologies Inc.. (Attachments: # 1 Exhibit A – Summons, Complaint, and other papers simultaneously filed).(Kim, James) (Entered: 05/15/2025) |
| 05/15/2025 | 2 | CIVIL COVER SHEET filed..(Kim, James) (Entered: 05/15/2025) |
| 05/15/2025 | 3 | NOTICE OF APPEARANCE by James Kim on behalf of MoneyLion Technologies Inc...(Kim, James) (Entered: 05/15/2025) |
| 05/15/2025 | 4 | NOTICE OF APPEARANCE by Kaitland Mccann Kennelly on behalf of MoneyLion Technologies Inc...(Kennelly, Kaitland) (Entered: 05/15/2025) |
| 05/15/2025 | 5 | AFFIDAVIT OF SERVICE of Notice of Removal with Exhibit A, Civil Cover Sheet with attachment, Notices of Appearance for myself and Kaitland M. Kennelly served on James Lowe, individually and on behalf of all others similarly situated on 5/15/25. Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 05/15/2025) |
| 05/16/2025 | 6 | NOTICE OF APPEARANCE by Samuel R Jackson on behalf of James Lowe..(Jackson, Samuel) (Entered: 05/16/2025) |
| 05/16/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Dale E. Ho. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 05/16/2025) |
| 05/16/2025 | | Magistrate Judge Sarah L. Cave is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 05/16/2025) |
| 05/16/2025 | | Case Designated ECF. (jgo) (Entered: 05/16/2025) |
| 05/16/2025 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Gen Digital Inc. for MoneyLion Technologies Inc.. Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 05/16/2025) |
| 05/16/2025 | 8 | LETTER MOTION for Extension of Time to File Answer *to the Complaint until June 23, 2025* addressed to Judge Dale E. Ho from Kaitland M. Kennelly dated May 16, 2025. Document filed by MoneyLion Technologies Inc...(Kennelly, Kaitland) (Entered: 05/16/2025) |
| 05/19/2025 | 9 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement) and Specific Non–Dispositive Motion/Dispute Class Certification. Referred to Magistrate Judge Sarah L. Cave. Motions referred to Sarah L. Cave. SO ORDERED (Signed by Judge Dale E. Ho on 5/19/2025) (ks) (Entered: 05/19/2025) |
| 05/20/2025 | 10 | ORDER granting 8 Letter Motion for Extension of Time to Answer re 1 Notice of Removal,. This case was referred for general pretrial supervision and motions relating |

| | | |
|---|---|---|
| | | to class certification. (ECF No. 9). Defendant's unopposed request at ECF No. 8 is GRANTED. The deadline for Defendant to respond to the Complaint is EXTENDED up to and including June 23, 2025. The Clerk of Court is respectfully directed to close ECF No. 8. SO ORDERED. (MoneyLion Technologies Inc. answer due 6/23/2025.) (Signed by Magistrate Judge Sarah L. Cave on 5/20/25) (yv) (Entered: 05/20/2025) |
| 06/06/2025 | 11 | MOTION for Joshua R. Jacobson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31198501. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by James Lowe. (Attachments: # 1 Affidavit In Support of the Motion, # 2 Exhibit Florida Certificate of Good Standing, # 3 Exhibit Georgia Certificate of Good Standing, # 4 Proposed Order for Admission).(Jacobson, Joshua) (Entered: 06/06/2025) |
| 06/06/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Joshua R. Jacobson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31198501. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/06/2025) |
| 06/09/2025 | 12 | ORDER FOR ADMISSION PRO HAC VICE granting 11 Motion for Joshua R. Jacobson to Appear Pro Hac Vice. The Motion of Joshua R. Jacobson, for admission Pro Hac Vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. The Clerk of Court is respectfully directed to close ECF No. 11. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 6/9/25) (yv) (Entered: 06/09/2025) |
| 06/13/2025 | 13 | NOTICE OF APPEARANCE by Hugh Hamilton on behalf of MoneyLion Technologies Inc...(Hamilton, Hugh) (Entered: 06/13/2025) |
| 06/20/2025 | 14 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Randall K. Pulliam to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31263660. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by James Lowe. (Attachments: # 1 Affidavit in Support of Motion, # 2 Proposed Order Proposed Order).(Pulliam, Randall) Modified on 6/20/2025 (bc). (Entered: 06/20/2025) |
| 06/20/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 14 MOTION for Randall K. Pulliam to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31263660. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 06/20/2025) |
| 06/20/2025 | 15 | MOTION for Randall Keith Pulliam to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by James Lowe. (Attachments: # 1 Affidavit in Support of Motion, # 2 Proposed Order Proposed Order).(Pulliam, Randall) (Entered: 06/20/2025) |
| 06/20/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for Randall Keith Pulliam to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/20/2025) |
| 06/20/2025 | 16 | MOTION for Edwin Lee Lowther III to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31265767. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by James Lowe. (Attachments: # 1 Affidavit in Support of Motion, # 2 Proposed Order Proposed Order).(Lowther, Edwin) (Entered: 06/20/2025) |
| 06/20/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Edwin Lee Lowther III to Appear Pro Hac Vice . Filing fee $** |

| | | |
|---|---|---|
| | | **200.00, receipt number ANYSDC–31265767. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/20/2025) |
| 06/20/2025 | 17 | MOTION for Courtney E. Ross Brown to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31265977. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by James Lowe. (Attachments: # 1 Affidavit in Support of Motion, # 2 Proposed Order Proposed Order).(Brown, Courtney) (Entered: 06/20/2025) |
| 06/23/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 MOTION for Courtney E. Ross Brown to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31265977. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/23/2025) |
| 06/23/2025 | 18 | MOTION to Dismiss *or, Alternatively, to Compel Arbitration*. Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 06/23/2025) |
| 06/23/2025 | 19 | MEMORANDUM OF LAW in Support re: 18 MOTION to Dismiss *or, Alternatively, to Compel Arbitration*. . Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 06/23/2025) |
| 06/23/2025 | 20 | DECLARATION of Adam VanWagner in Support re: 18 MOTION to Dismiss *or, Alternatively, to Compel Arbitration*.. Document filed by MoneyLion Technologies Inc.. (Attachments: # 1 Exhibit A – Membership Agreement, # 2 Exhibit B – Agreement for Resolving Disputes, # 3 Exhibit C – Instacash Terms & Conditions, # 4 Exhibit D – Instacash FAQs).(Kim, James) (Entered: 06/23/2025) |
| 06/24/2025 | 21 | ORDER FOR ADMISSION PRO HAC VICE OF COURTNEY E. ROSS BROWN granting 17 Motion for Courtney E. Ross Brown to Appear Pro Hac Vice. The motion of Courtney E. Ross Brown, for admission to practice pro hac vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. The Clerk of Court is respectfully directed to close ECF No. 17. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 6/24/25) (yv) (Entered: 06/24/2025) |
| 06/24/2025 | 22 | ORDER FOR ADMISSION PRO HAC VICE OF RANDALL K. PULLIAM granting 15 Motion for Randall Keith Pulliam to Appear Pro Hac Vice. The motion of Randall K. Pulliam, for admission to practice pro hac vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. The Clerk of Court is respectfully directed to close ECF No. 15. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 6/24/25) (yv) (Entered: 06/24/2025) |
| 06/24/2025 | 23 | ORDER FOR ADMISSION PRO HAC VICE OF EDWIN LEE LOWTHER III granting 16 Motion for Edwin Lee Lowther III to Appear Pro Hac Vice. The motion of Edwin Lee Lowther III, for admission to practice pro hac vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. The Clerk of Court is respectfully directed to close ECF No. 16. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 6/24/25) (yv) (Entered: 06/24/2025) |
| 07/07/2025 | 24 | **FILING ERROR – DEFICIENT PLEADING – FILER ERROR –** AMENDED COMPLAINT against MoneyLion Technologies Inc. with JURY DEMAND.Document filed by James Lowe. (Attachments: # 1 Exhibit IDFPR Press Release).(Jacobson, Joshua) Modified on 7/8/2025 (jgo). (Entered: 07/07/2025) |
| 07/08/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Joshua Jacobson to RE–FILE re: Document No. 24 Amended** |

| | | |
|---|---|---|
| | | **Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; all of the filers were not selected for the pleading. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents.. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (jgo)** (Entered: 07/08/2025) |
| 07/08/2025 | 25 | FIRST AMENDED COMPLAINT amending 24 Amended Complaint, against MoneyLion Technologies Inc. with JURY DEMAND.Document filed by James Lowe, Michael Collins, Rae Fuller. Related document: 24 Amended Complaint,. (Attachments: # 1 Exhibit 1 (IDFPR Press Release)).(Jacobson, Joshua) (Entered: 07/08/2025) |
| 07/08/2025 | 26 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 25 Amended Complaint, *and [Proposed] Briefing Schedule* addressed to Magistrate Judge Sarah L. Cave from James Kim dated July 8, 2025. Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 07/08/2025) |
| 07/09/2025 | 27 | ORDER granting 26 Letter Motion for Extension of Time to Answer re 25 Amended Complaint,. (MoneyLion Technologies Inc. answer due 8/12/2025); denying as moot 18 Motion to Dismiss. The parties' request at ECF No. 26 is GRANTED. The referenced briefing schedule is ADOPTED. The pending motion to dismiss is DENIED as moot. (See ECF No. 18). The Clerk of Court is respectfully directed to close ECF Nos. 18 & 26. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 7/9/25) (yv) (Entered: 07/09/2025) |
| 08/01/2025 | 28 | JOINT LETTER MOTION for Leave to File Excess Pages *re MoneyLion's Motion to Dismiss and Plaintiffs' Opposition to the Motion to Dismiss* addressed to Magistrate Judge Sarah L. Cave from James Kim dated August 1, 2025. Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 08/01/2025) |
| 08/04/2025 | 29 | ORDER granting 28 Letter Motion for Leave to File Excess Pages. Application GRANTED. The parties shall adhere to the page limits proposed herein. SO ORDERED.. (Signed by Judge Dale E. Ho on 8/4/2025) (ks) (Entered: 08/04/2025) |
| 08/12/2025 | 30 | MOTION to Dismiss *the Amended Complaint or, Alternatively, to Compel Arbitration*. Document filed by MoneyLion Technologies Inc.. Responses due by 8/27/2025.(Kim, James) (Entered: 08/12/2025) |
| 08/12/2025 | 31 | MEMORANDUM OF LAW in Support re: 30 MOTION to Dismiss *the Amended Complaint or, Alternatively, to Compel Arbitration*. . Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 08/12/2025) |
| 08/12/2025 | 32 | DECLARATION of Adam VanWagner in Support re: 30 MOTION to Dismiss *the Amended Complaint or, Alternatively, to Compel Arbitration*.. Document filed by MoneyLion Technologies Inc.. (Attachments: # 1 Exhibit A Lowe Arbitration Agreement, # 2 Exhibit B Collins Arbitration Agreement, # 3 Exhibit C Fuller Arbitration Agreement, # 4 Exhibit D 2024 Terms, # 5 Exhibit E 2025 Terms, # 6 Exhibit F Instacash FAQs).(Kim, James) (Entered: 08/12/2025) |
| 08/27/2025 | 33 | MEMORANDUM OF LAW in Opposition re: 30 MOTION to Dismiss *the Amended Complaint or, Alternatively, to Compel Arbitration*. . Document filed by Michael Collins, Rae Fuller, James Lowe..(Jacobson, Joshua) (Entered: 08/27/2025) |
| 08/29/2025 | 34 | NOTICE of Supplemental Authority. Document filed by Michael Collins, Rae Fuller, James Lowe. (Attachments: # 1 Exhibit 1 – Golubiewski Memorandum Opinion).(Lowther, Edwin) (Entered: 08/29/2025) |
| 09/04/2025 | 35 | LETTER MOTION for Leave to File Excess Pages *re MoneyLion's Reply in Support of its 30 Motion to Dismiss the Amended Complaint or, Alternatively, to Compel Arbitration* addressed to Magistrate Judge Sarah L. Cave from James Kim dated September 4, 2025. Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 09/04/2025) |
| 09/04/2025 | 36 | ORDER granting 35 Letter Motion for Leave to File Excess Pages. Defendant's request at ECF No. 35 is GRANTED. The Clerk of Court is respectfully directed to |

| | | |
|---|---|---|
| | | close ECF No. 35. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 9/4/2025) (ar) (Entered: 09/04/2025) |
| 09/09/2025 | 37 | NOTICE of Supplemental Authority. Document filed by Michael Collins, Rae Fuller, James Lowe. (Attachments: # 1 Exhibit 1 – Moss Order).(Lowther, Edwin) (Entered: 09/09/2025) |
| 09/10/2025 | 38 | REPLY MEMORANDUM OF LAW in Support re: 30 MOTION to Dismiss *the Amended Complaint or, Alternatively, to Compel Arbitration.* . Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 09/10/2025) |
| 09/24/2025 | 39 | MOTION for Ephraim McDowell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31757728. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by MoneyLion Technologies Inc.. (Attachments: # 1 Affidavit Declaration of Ephraim McDowell in support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing – New York, # 3 Exhibit Certificate of Good Standing – DC, # 4 Proposed Order [Proposed] Order for Admission Pro Hac Vice).(McDowell, Ephraim) (Entered: 09/24/2025) |
| 09/24/2025 | 40 | LETTER addressed to Judge Dale E. Ho from James Kim dated September 24, 2025 re: MoneyLion's Motion to Dismiss the Amended Complaint or, Alternatively, to Compel Arbitration filed on August 12, 2025. Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 09/24/2025) |
| 09/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 39 MOTION for Ephraim McDowell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31757728. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 09/24/2025) |
| 09/24/2025 | 41 | RESPONSE re: 37 Notice (Other) / *Defendant's Response to Plaintiff's Notice of Supplemental Authority*. Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 09/24/2025) |
| 09/25/2025 | 42 | ORDER GRANTINGMOTION FOR ADMISSION PRO HAC VICE granting 39 Motion for Ephraim McDowell to Appear Pro Hac Vice. The motion of Ephraim McDowell for admission to practice pro hac vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. The Clerk of Court is respectfully directed to close Dkt. No. 39. SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 9/25/25) (yv) (Entered: 09/25/2025) |
| 09/25/2025 | 43 | MEMO ENDORSEMENT on re: 40 Letter, filed by MoneyLion Technologies Inc. ENDORSEMENT: The Court is in receipt of the endorsed correspondence. No later than October 1, 2025, Plaintiff shall submit a response, not to exceed two pages, addressing Defendant's request. SO ORDERED. (Signed by Judge Dale E. Ho on 9/25/2025) (rro) (Entered: 09/25/2025) |
| 09/26/2025 | 44 | LETTER addressed to Judge Dale E. Ho from Lee Lowther dated 9/26/25 re: Response to Defendant's request. Document filed by Michael Collins, Rae Fuller, James Lowe..(Lowther, Edwin) (Entered: 09/26/2025) |
| 09/30/2025 | 45 | NOTICE OF APPEARANCE by Thomas M. Mullaney on behalf of Michael Collins, Rae Fuller, James Lowe..(Mullaney, Thomas) (Entered: 09/30/2025) |
| 10/02/2025 | 46 | MEMO ENDORSEMENT on re: 40 Letter, filed by MoneyLion Technologies Inc. ENDORSEMENT: Defendant's application, see ECF No. 40, is GRANTED. The Court will construe Defendant's motion as a Motion to Compel Arbitration, or, Alternatively, to Dismiss the Amended Complaint. SO ORDERED. (Signed by Judge Dale E. Ho on 10/2/2025) (ks) (Entered: 10/02/2025) |
| 10/07/2025 | 47 | NOTICE of of Supplemental Authority. Document filed by Michael Collins, Rae Fuller, James Lowe. (Attachments: # 1 Exhibit 1 – Vickery Order).(Lowther, Edwin) (Entered: 10/07/2025) |
| 10/08/2025 | 48 | RESPONSE re: 47 Notice (Other) . Document filed by MoneyLion Technologies Inc...(McDowell, Ephraim) (Entered: 10/08/2025) |

| 10/10/2025 | | **\*\*\*DELETED DOCUMENT per direction from Chambers on 2/13/2026 (Order only intended to be docketed in 25cv676 only. Deleted document number 55 MEMO ENDORSEMENT granting (51 in 25–cv–0676). The document was incorrectly filed in this case. (tro)** (Entered: 02/13/2026) |
|---|---|---|
| 11/06/2025 | 49 | NOTICE of Supplemental Authority. Document filed by Michael Collins, Rae Fuller, James Lowe. (Attachments: # 1 Exhibit Revell Order).(Jacobson, Joshua) (Entered: 11/06/2025) |
| 11/14/2025 | 50 | RESPONSE re: 49 Notice (Other) . Document filed by MoneyLion Technologies Inc...(McDowell, Ephraim) (Entered: 11/14/2025) |
| 12/16/2025 | 51 | NOTICE of Supplemental Authority. Document filed by Michael Collins, Rae Fuller, James Lowe. (Attachments: # 1 Exhibit 1 – Russell Order).(Lowther, Edwin) (Entered: 12/16/2025) |
| 12/22/2025 | 52 | RESPONSE re: 51 Notice (Other) . Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 12/22/2025) |
| 12/29/2025 | 53 | NOTICE of of Supplemental Authority Regarding CFPB Advisory Opinion. Document filed by MoneyLion Technologies Inc.. (Attachments: # 1 Exhibit A).(Kim, James) (Entered: 12/29/2025) |
| 01/05/2026 | 54 | RESPONSE re: 53 Notice (Other) . Document filed by Michael Collins, Rae Fuller, James Lowe..(Jacobson, Joshua) (Entered: 01/05/2026) |
| 02/18/2026 | 55 | NOTICE of Supplemental Authority. Document filed by Michael Collins, Rae Fuller, James Lowe. (Attachments: # 1 Exhibit 1 – Burrison Memorandum and Order).(Lowther, Edwin) (Entered: 02/18/2026) |
| 02/27/2026 | 56 | RESPONSE re: 55 Notice (Other) . Document filed by MoneyLion Technologies Inc...(Kim, James) (Entered: 02/27/2026) |
| 03/08/2026 | 57 | NOTICE of Supplemental Authority. Document filed by Michael Collins, Rae Fuller, James Lowe. (Attachments: # 1 Exhibit 1 – Order).(Jacobson, Joshua) (Entered: 03/08/2026) |
| 03/09/2026 | 58 | MEMORANDUM OPINION AND ORDER re: 30 MOTION to Dismiss *the Amended Complaint or, Alternatively, to Compel Arbitration.* filed by MoneyLion Technologies Inc.. Based on the above, Defendant's Motion to Compel Arbitration or Dismiss is DENIED. Within fourteen (14) days of the date of this Order, the parties shall file: (1) a status letter indicating whether they seek referral for (a) a settlement conference before a Magistrate Judge or (b) participation in the District's Mediation Program; and (2) a proposed Civil Case Management Plan and Scheduling Order. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at: https://nysd.uscourts.gov/hon–dale–e–ho. The Clerk of Court is respectfully directed to terminate ECF No. 30. SO ORDERED. (Signed by Judge Dale E. Ho on 3/6/2026) (ks) (Entered: 03/09/2026) |
| 03/16/2026 | 59 | NOTICE OF APPEAL from 58 Memorandum & Opinion,,,. Document filed by MoneyLion Technologies Inc.. Filing fee $ 605.00, receipt number ANYSDC–32553085. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Kim, James) (Entered: 03/16/2026) |
| 03/17/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 59 Notice of Appeal,..(nd) (Entered: 03/17/2026) |
| 03/17/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 59 Notice of Appeal, filed by MoneyLion Technologies Inc. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 03/17/2026) |