## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Lowe v. MoneyLion Technologies Inc.                Docket No.: 26-655

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ephraim A. McDowell

Firm: Cooley LLP

Address: 1299 Pennsylvania Avenue, NW Suite 700

Telephone: 202-842-7800                Fax: 202-842-7899

E-mail: emcdowell@cooley.com

Appearance for: MoneyLion Technologies Inc. / Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: James Kim / Cooley LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Ephraim A. McDowell

Type or Print Name: Ephraim A. McDowell